**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kathleen Walz                                CHAPTER 13

                    Debtor(s)                          BKY. NO. 20-11512 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                                        Respectfully submitted,
                                                        **/s/ Rebecca A. Solarz Esquire**
                                                        Rebecca A Solarz, Esquire
                                                        Kevin G. McDonald, Esquire
                                                        KML Law Group, P.C.
                                                         701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106-1532
                                                        (215) 627-1322