UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 20-11512-AMC-13

Kathleen Walz   Chapter 13
      Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                           Bankr. Case No. 20-11512-AMC-13

Kathleen Walz                                                                                 Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 16, 2020 :

    MICHAEL A LATZES                       William Miller
    1528 WALNUT ST                          583 Bourse Building
    PHILADELPHIA, PA  19102            111 So. Independence
                                                Philadelphia, PA 19106

                                            By  /s/ Mandy Youngblood_____
                                                  Mandy Youngblood

xxxxx15820 / 1016271