Certificate Number: 03088-PAE-DE-034521189

Bankruptcy Case Number: 20-11512



03088-PAE-DE-034521189

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2020, at 10:55 o'clock AM CDT, Kathleen Walz completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    June 3, 2020                              By:      /s/Susan D. Gann

Name:    Susan D. Gann

Title:    Counselor