UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kathleen Walz                                  : CHAPTER 13
                                               :
         Debtor                                : NO. 20-11512 AMC


### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Debtor, Kathleen Walz has filed an objection to the Proof of Claim that you filed in this bankruptcy case. (RAB Performance Recoveries, LLC - Claim #9)

1.      **Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney.)**

2.      **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held on **October 20, 2020** at **2:00 p.m.**, in courtroom 4, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3.      **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing**.  If you do not notify the person listed below that you intend to appear, the Objection will be entitled to a postponement of the hearing.


 9-4-20                                    /s/   MICHAEL  A. LATZES
   Date                                    MICHAEL A. LATZES, ESQUIRE
                                           1528 Walnut Street, Suite 700
                                           Philadelphia, PA 19102
                                           (215) 545-0200 (Phone #)
                                           (215) 545-0668 (Fax #)
                                           efiling@mlatzes-law.com (E-mail)