IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kathleen Walz | : CHAPTER 13 |
| | : |
| Debtor | : NO. 20-11512 AMC |

## CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of the Notice and Objection to RAB Performance Recoveries, LLC 's (Claim #9) Proof of Claim was served via first class mail, postage prepaid or electronically on September 4, 2020, to the following:

Frederic J. Baker, Esquire
Asst. U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Mary Lebental, Administrator Director
RAB Performance Recoveries, LLC
700 Kinderkamack Road, Suite 211
Oradell, NJ 07649

Michael F. Ratchford, Esquire
120 N. Keyser Ave.
Scranton, PA 18504

Kathleen Walz
2414 Mill Road
Boothwyn, PA 19061


9-4-2020
Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor