# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : CHAPTER 13 |
| **Kathleen Walz** | : |
| **Debtor(s)** | : NO. 20-11512 AMC |

### NOTICE OF WITHDRAWAL OF OBJECTION
### TO RAB PERFORMANCE RECOVERIES, LLC'S
### PROOF OF CLAIM (CLAIM #9)

Debtor through her counsel, hereby withdrawals the Objection to RAB Performance Recoveries, LLC's Proof of Claim (Document #23), Notice (Document #24) and Certification of Service (Document #25) filed on September 4, 2020.

          RESPECTFULLY SUBMITTED

      /S/ MICHAEL A. LATZES, ESQUIRE
      MICHAEL A. LATZES, ESQUIRE
      Attorney for Debtor
      1528 Walnut Street, Suite 700
      Philadelphia, PA 19102
      (215) 545-0200
      Attorney I.D.# 34017