# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Kathleen Walz | : |
| | : |
|                Debtor(s) | : NO.  20-11512 AMC |

## CERTIFICATE OF SERVICE

    I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of Debtor's Amended Chapter 13 Plan and Schedule J were mailed either first class mail, postage prepaid or electronically on October 7, 2020 to the U.S. Trustee, William C. Miller, Trustee, Kathleen Walz, Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

10-7-2020                                                                         /s/    MICHAEL A. LATZES  
DATE                                                                          MICHAEL A. LATZES, ESQUIRE  
                                                                              Attorney for Debtor