UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

RE: : CHAPTER 13
    Kathleen Walz  :
                Debtor(s) : NO.  20-11512 AMC

**O R D E R**

**IT IS HEREBY ORDERED AND DECREED THAT:** Debtor's counsel's Application for Allowance of Compensation in the amount of $4,500.00 ~~$X,XXX.00~~ is approved. From these monies $2,000.00 was paid by debtor prior to filing and $2,500.00 will be paid by the Chapter 13 Trustee. (amount in plan for attorney fees)

Date: January 15, 2021

_____ J.