United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-11512-amc

Kathleen Walz  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Dec 05, 2024 | Form ID: 138OBJ | Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Walz, 2414 Mill Road, Boothwyn, PA 19061-2518 |
| 14625467 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14481528 | + | PNC Bank, et al., 3232 Newmark Drive, Attn: Bankruptcy Dept., Miamisburg, OH 45342-5421 |
| 14484202 | + | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS, CO Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 05 2024 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14488055 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 05 2024 23:58:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14496595 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2024 00:12:21 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14481523 | | Email/Text: bnc-bluestem@quantum3group.com | Dec 05 2024 23:59:00 | Fingerhut, P.O. BOX 1250, Attn: Bankruptcy Dept., Saint Cloud, MN 56395-1250 |
| 14481524 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 05 2024 23:59:38 | First Premier Bank, P.O. BOX 5524, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-5524 |
| 14481526 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 05 2024 23:58:00 | GM Financial, P.O. 183593, Attn: Bankruptcy Dept., Arlington, TX 76096-3593 |
| 14481525 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 05 2024 23:59:00 | Genesis FS Card Services, P.O. BOX 4477, Attn: Bankruptc Dept., Beaverton, OR 97076-4401 |
| 14481527 | ^ | MEBN | Dec 05 2024 23:54:02 | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Ctr, 701 Market St., Philadelphia, PA 19106-1538 |
| 14486619 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14496354 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2024 23:58:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14496913 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2024 23:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14497425 | + | Email/Text: mary@rabperformance.com | Dec 05 2024 23:59:00 | RAB Performance Recoveries, LLC, 700 |

Case 20-11512-amc   Doc 52   Filed 12/07/24   Entered 12/08/24 00:33:58   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 138OBJ | Total Noticed: 17 |

KINDERKAMACK ROAD, SUITE 211,
ORADELL, NJ 07649-1533

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. LATZES | on behalf of Debtor Kathleen Walz efiling@mlatzes-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 49 − 45

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Kathleen Walz ) | Case No. 20−11512−amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 5, 2024                                                      For The Court

                                                                                                                Timothy B. McGrath
                                                                                                                Clerk of Court